ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**LVDG, LLC [SERIES 171]**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

NATIONSTAR MORTGAGE, LLC,

    Plaintiff,

vs.

D'ANDREA COMMUNITY ASSOCIATION; LVDG LLC SERIES 171; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

    Defendants.

Case No.   3:15-cv-00377-RCJ-VPC

**STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(Third Request)**

COMES NOW Defendants, LVDG LLC SERIES 171 (*"LVDG"*) and D'ANDREA COMMUNITY ASSOCIATION, and Plaintiff, NATIONSTAR MORTGAGE, LLC (*"Nationstar"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On May 24, 2016, Nationstar filed a Motion for Summary Judgment herein [ECF #27].

2. On June 15, 2016, LVDG and Nationstar submitted a stipulation to extend the time in which to respond to the Motion from June 17, 2016, until July 8, 2016. [ECF #28]. Said stipulation was approved on June 16, 2016. [ECF #29].

3247 Modena

3. On July 1, 2016, Nationstar filed two declarations in support of its Motion. [ECF #30, 31].

4. On July 7, 2016, the parties submitted a second stipulation to extend the time in which to respond to the Motion from July 8, 2016, until July 22, 2016. [ECF #32]. Said stipulation was approved on July 8, 2016. [ECF #33].

5. Defendants' counsel have requested a further additional extension of time in which to prepare and file a Response to the Motion for Summary Judgment due to numerous other pending legal matters. Due to these other pending matters, counsel has not been able to yet complete and file the Oppositions.

6. Defendants shall have an additional period of time until and including July 29, 2016, in which file Responses to the Motion for Summary Judgment.

7. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___21st___ day of July, 2016.

ROGER P. CROTEAU &
   ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
tim@croteaulaw.com
*Attorney for Defendant*
**LVDG, LLC [SERIES 171]**

AKERMAN LLP


/s/ *Tenesa Scaturro*
TENESA S SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
tenesa.scaturro@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

ALESSI & KOENIG, LLC


/s/ *Steven T. Loizzi*
STEVEN T. LOIZZI, JR., ESQ.
Nevada Bar No. 10920
9500 West Flamingo Road, Suite 205
Las Vegas, NV 89147-5721
(702) 222-4033
(702) 222-4043 (fax)
steve@alessikoenig.com
*Attorney for Defendant*
*D'Andrea Community Association*

ROGER P. CROTEAU & ASSOCIATES, LTD.
● 9120 W. Post Road, Suite 100 ● Las Vegas, Nevada 89148 ●
Telephone: (702) 254-7775 ● Facsimile (702) 228-7719

3247 Modena

Stipulation and Order to Extend Time
To Respond to Motion for Summary Judgment
(Third Request)
3:15-cv-00377-RCJ-VPC

**IT IS SO ORDERED.**

By: _____
      Judge, U.S. District Court

Dated: ___ September 22, 2016. _____

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___21st___ day of July, 2016, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (Third Request)** to the following parties:

Melanie D Morgan
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702)634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

Steven T. Loizzi, Jr.
Alessi & Koenig, LLC
9500 West Flamingo Road, Suite 205
Las Vegas, NV 89147-5721
(702) 222-4033
(702) 222-4043 (fax)
steve@alessikoenig.com
*Attorney for Defendant*
*D'Andrea Community Association*

Christine M. Parvan
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
christine.parvan@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

Tenesa S Scaturro
Akerman LLP
1160 N. Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
tenesa.scaturro@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

Ariel E. Stern
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

3247 Modena