ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**LVDG, LLC [SERIES 171]**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> D'ANDREA COMMUNITY ASSOCIATION; LVDG LLC SERIES 171; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.   3:15-cv-00377-RCJ-VPC |

**STIPULATION AND ORDER TO STAY BRIEFING**

**OF RENEWED MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendants, LVDG LLC SERIES 171 (*"LVDG"*) and D'ANDREA COMMUNITY ASSOCIATION, and Plaintiff, NATIONSTAR MORTGAGE, LLC (*"Nationstar"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On May 24, 2016, Nationstar filed a Motion for Summary Judgment herein [ECF #27], which was subsequently denied by way of Order dated January 4, 2017 [ECF #40].

2. On February 9, 2017, Nationstar filed a Renewed Motion for Summary Judgment herein [ECF #41].

3247 Modena

3. Pursuant to a Scheduling Order entered herein on March 23, 2016 [ECF #24], the deadline to file dispositive motions was extended until May 24, 2016. No further extensions have been requested nor granted to date.

4. Defendants' counsel have objected to the Renewed Motion for Summary Judgment as untimely.

5. After conferring in an attempt to resolve this dispute, the parties have agreed that Nationstar shall file a Motion for leave to file the Renewed Motion for Summary Judgment or otherwise extend the dispositive motion deadline to which the Defendants shall have the opportunity to respond in the ordinary course.

6. Briefing of the Renewed Motion for Summary Judgment shall be suspended pending the resolution of the Motion for leave to file the Renewed Motion.

7. In the event that leave to file the Renewed Motion for Summary Judgment is ultimately granted, Defendants shall have 21 days from the entry of such Order in which to respond to the Renewed Motion for Summary Judgment.

8. This Stipulation is made in good faith and not for purpose of delay.

Dated this      2nd      day of March, 2017.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN LLP |
|---|---|
| /s/ *Timothy E. Rhoda*<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>tim@croteaulaw.com<br>*Attorney for Defendant*<br>**LVDG, LLC [SERIES 171]** | /s/ *Tenesa S. Scaturro*<br>TENESA S SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>702-634-5000<br>702-380-8572 (fax)<br>tenesa.scaturro@akerman.com<br>*Attorney for Plaintiff*<br>**Nationstar Mortgage, LLC** |

BOYACK ORME & ANTHONY

/s/ *Thomas A. Larmore*
EDWARD D. BOYACK
Nevada Bar No. 005229
THOMAS A. LARMORE
Nevada Bar No. 7415
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145
ted@boyacklaw.com
702.562.3415
702.562.3570 (fax)
***Attorney for Defendant***
***D'Andrea Community Association***

Stipulation and Order to Stay Briefing
of Renewed Motion for Summary Judgment
3:15-cv-00377-RCJ-VPC

**IT IS SO ORDERED.**

By: _____
      Judge, U.S. District Court

Dated: _____

3247 Modena

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___2nd___ day of March, 2017, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO STAY BRIEFING OF RENEWED MOTION FOR SUMMARY JUDGMENT** to the following parties:

Melanie D Morgan
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702)634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

Ariel E. Stern
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

Edward D Boyack
Boyack Orme & Anthony
401 N. Buffalo Drive
Suite #202
Las Vegas, NV 89145
702-562-3415
702-562-3570 (fax)
ted@boyacklaw.com
*Attorney for Defendant*
*D'Andrea Community Association*

Tenesa S Scaturro
Akerman LLP
1160 N. Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
tenesa.scaturro@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

　　　　　　　　　　　　　/s/ *Timothy E. Rhoda*
　　　　　　　　　　　　　An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

3247 Modena