ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**LVDG, LLC [SERIES 171]**

____ FILED  ____ RECEIVED
____ ENTERED  ____ SERVED ON
           COUNSEL/PARTIES OF RECORD

NOV 22 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

NATIONSTAR MORTGAGE, LLC,  )
                           )
                Plaintiff, )
                           )    Case No.   3:15-cv-00377-RCJ-VPC
vs.                        )
                           )
D'ANDREA COMMUNITY ASSOCIATION; )
LVDG LLC SERIES 171; DOE   )
INDIVIDUALS I-X, inclusive; and ROE )
CORPORATIONS I-X, inclusive, )
                           )
                Defendants.)
_____)

## STIPULATION TO SUBSTITUTE PARTIES

COMES NOW Defendants, LVDG LLC SERIES 171 (*"LVDG"*) and D'ANDREA COMMUNITY ASSOCIATION (*"HOA"*); Plaintiff, NATIONSTAR MORTGAGE, LLC (*"Nationstar"*); and proposed Defendant, AIRMOTIVE INVESTMENTS, LLCS (*"Airmotive"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On July 21, 2015, Nationstar filed this action seeking various relief related to a deed of trust recorded against real property commonly known as 3247 Modena Drive, Sparks, Nevada 89434 (*"the "Property"*) and a homeowners association lien foreclosure sale related thereto conducted on behalf of HOA.

2. LVDG presented the prevailing bid at the HOA's foreclosure sale and thereby acquired title to the Property.

3. At the time the Plaintiff filed this action, LVDG was the record title holder of the Property.

4. LVDG transferred and conveyed its interest in the Property to Airmotive on or about August 1, 2016, by way of a Grant Deed recorded in the office of the Washoe County Recorder on August 5, 2016, as Instrument No. 4619414.

5. Airmotive is currently the record title holder of the Property.

6. LVDG no longer claims any right, title or interest in the Property.

7. Airmotive shall be substituted as a defendant in this action in the place and stead of LVDG. LVDG shall be dismissed from this action without prejudice. All claims and defenses asserted by and against LVDG in this action shall be deemed to equally apply to Airmotive and the case caption shall be appropriately amended.

Dated this _____21st_____ day of November, 2017.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
tim@croteaulaw.com
*Attorney for Defendant*
**LVDG, LLC [SERIES 171]**

AKERMAN LLP

/s/ *Jason Joseph Zummo*
JASON JOSEPH ZUMMO, ESQ.
Nevada Bar No. 13995
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5007
jason.zummo@akerman.com
*Attorney for Plaintiff*
***Nationstar Mortgage, LLC***

BOYACK ORME & ANTHONY

/s/ *Edward D. Boyack*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 005229
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145
ted@boyacklaw.com
702.562.3415
702.562.3570 (fax)
*Attorney for Defendant*
*D'Andrea Community Association*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATED: November 22, 2017

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

3247 Modena

Stipulation to Substitute Parties
3:15-cv-00377-RCJ-VPC

**IT IS SO ORDERED.**

By: _____
United States Magistrate Judge

Dated: _____

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___21st___ day of November, 2017, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO SUBSTITUTE PARTIES** to the following parties:

Melanie D Morgan
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702)634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

Ariel E. Stern
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

Jason Joseph Zummo
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5007
702-380-8572 (fax)
jason.zummo@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

Tenesa S Scaturro
Akerman LLP
1160 N. Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
tenesa.scaturro@akerman.com
*Attorney for Plaintiff*
*Nationstar Mortgage, LLC*

Edward D. Boyack
Boyack Orme & Anthony
401 N. Buffalo Drive, Suite 202
Las Vegas, NV 89145
(702) 562-3415
(702) 562-3570 (fax)
ted@boyacklaw.com
*Attorney for Defendant*
*D'Andrea Community Association*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

3247 Modena