MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jason.zummo@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, <br><br> Plaintiff, <br><br> vs. <br><br> D'ANDREA COMMUNITY ASSOCIATION; LVDG LLC SERIES 171; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.: 3:15-cv-00377-RCJ-VPC <br><br> **NOTICE OF DISASSOCIATION** |

TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Nationstar Mortgage LLC, hereby provides notice that Christine M. Parvan, Esq., is no longer associated with the law firm of Akerman LLP.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Akerman LLP continues to serve as counsel for Nationstar Mortgage LLC in this action. All future correspondence and papers in this action should continue to be directed Melanie D. Morgan, Esq. and Jason J. Zummo, Esq., should receive all future notices.

**AKERMAN LLP**

/s/ *Jason J. Zummo*
----------------------------------------
MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 1/22/18

_____
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of January, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, addressed to:

| | |
|---|---|
| Roger P. Croteau, Esq.<br>Timothy E. Rhoda, Esq.<br>**Roger P. Croteau & Associates, Ltd.**<br>9120 West Post Road, Suite 100<br>Las Vegas, NV 89148<br>*Attorney for LVDG LLC Series 171* | Edward D. Boyack<br>**Boyack Orme & Anthony**<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, NV 89117<br><br>And<br><br>Steven T. Loizzi, Jr., Esq.<br>**Alessi & Koenig LLC**<br>9500 West Flamingo Road, Suite 205<br>Las Vegas, Nevada 89147<br><br>*Attorney for Defendant*<br>*D'Andrea Community Association* |

/s/ Doug J. Layne
An employee of AKERMAN LLP

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3