1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 3:15-cv-00377-RCJ-VPC |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| D'ANDREA COMMUNITY ASSOCIATION; AIRMOTIVE INVESTMENTS, LLCS; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

18

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

**TO:    ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Nationstar Mortgage, LLC, hereby provides notice that Jason Joseph Zummo and Thera Cooper, Esq. are no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Nationstar Mortgage, LLC in this action.  All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Donna M. Wittig, Esq.

**COURT APPROVAL**

**IT IS SO ORDERED.**

Date:December 16, 2019.

_____
UNITED STATES DISTRICT JUDGE